UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starfela Speight | Case No.  CV 18-08837-AB (PLAx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Cedar Financial, et al | |
| Defendants. | |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45__ days, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    The Court's November 30, 2018 Order to Show Cause is discharged.

Dated:  December 4, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE